# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ELAINE L. CHAO, SECRETARY OF LABOR, U.S. DEPARTMENT OF LABOR,<br><br>        Plaintiff,<br><br>vs.<br><br>E MAIL SOLUTIONS, INC. and MITCHELL JOHNSON, individually,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)      8:07CV241<br>)<br>)      ORDER<br>)<br>)<br>)<br>) |

Upon the representation that the parties have reached a settlement,

**IT IS ORDERED** that the Joint Motion for Stay [26] is granted, as follows:

1. The trial now set for July 29, 2008 is cancelled, and the case is hereby stayed.

2. On or before **October 15, 2008**, the parties shall file either a Stipulation of Dismissal or a Consent Judgment and shall submit to Judge Smith Camp, at smithcamp@ned.uscourts.gov, a draft order which will fully dispose of the case.

**DATED March 25, 2008.**

                                **BY THE COURT:**

                                **s/ F.A. Gossett**
                                **United States Magistrate Judge**