**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **ELAINE L. CHAO, Secretary of Labor,** | ) | **CASE NO. 8:07CV241** |
| **U.S.  Department of Justice** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **ORDER OF DISMISSAL** |
| **v.** | ) | |
| | ) | |
| **E MAIL SOLUTIONS, INC., and** | ) | |
| **MITCHELL JOHNSON, individually,** | ) | |
| **Defendants.** | | |

This matter is before the Court on the parties' Stipulation of Compliance and Dismissal.  The stipulation complies with the requirements of Fed. R. Civ. P. 41(a)(1)(ii), and the Court finds that it should be approved.  Accordingly,

IT IS ORDERED:

1.      The parties' Stipulation of Compliance and Dismissal (Filing No. 28) is approved, and the relief requested therein is granted;

2.      The Complaint and all claims in this action are dismissed with prejudice; and

3.      The parties shall pay their own costs and attorneys' fees.

DATED this 26th day of September, 2008.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge